JULIE A. GOLDBERG, ESQ., SBN 235565
DANIEL COVARRUBIAS-KLEIN, ESQ., SBN 307645
Goldberg & Associates
5586 Broadway
Third Floor
Bronx, NY 10463
Tel: (718)432-1022
Fax: (718)432-1044
Email: USCIS@goldbergimmigration.com

Attorneys for Plaintiffs, BADR DHAIFALLAH AHMED MOHAMMED et al.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADR DHAIFALLAH AHMED MOHAMMED et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES DEPARTMENT OF STATE; U.S. CUSTOMS AND BORDER PATROL; DONALD J. TRUMP, in his official capacity as President of the United States of America; DANA J. BOENTE, in her official capacity as Acting Attorney General of the United States; JOHN KELLY, Secretary of the Department of Homeland Security; LORI SCIALABBA, Acting Director U.S. Citizenship and Immigration Services, KEVIN K. McALEENAN, in his official capacity as Acting Commissioner of U.S. Customs and Border Patrol,<br><br>Defendants. | Case No.: 17-cv-786-SJO-(GJS)<br><br>**ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE REPLY** |

//

//

1

1     Upon receipt of Plaintiffs' Ex Parte Application, and for good cause shown, there Court hereby

2 **ORDERS** Plaintiffs shall have until **11:59 P.M.** on February 8, 2017 to file their Reply on their

3 Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction.

**DATED**:  February 8, 2017

*S. James Otero*

_____

Honorable S. James Otero
District Court Judge of the
Central District of California

2