**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO.:** **CV 17-00786 SJO (GJSx)** **DATE:** **March 21, 2018**

**TITLE:** **Badr Dhaifallah Ahmed Mohammed et al v. United States of America et al**

---

================================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

| | |
|---|---|
| **COUNSEL PRESENT FOR PLAINTIFF(S):** | **COUNSEL PRESENT FOR DEFENDANT(S):** |
| Not Present | Not Present |

================================================================================

**PROCEEDINGS (IN CHAMBERS):** **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is hereby ordered to show cause in writing by not later than **March 28, 2018** why this action should not be dismissed as moot in light of the Supreme Court's opinion in Trump v. Hawaii, 138 S.Ct. 377 (2017).

**IT IS SO ORDERED.**