Case 2:17-cv-00786-SJO-GJS   Document 110   Filed 04/26/18   Page 1 of 1   Page ID #:851

JS-6

FILED
CLERK, U.S. DISTRICT COURT
April 26, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT FOR CENRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Badr Dhaifallah Ahmed Mohamed et. al<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, et al<br><br>Defendants. | Case No.: cv-17-00786-SJO (GJS)<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS |

The Court is in receipt of Plaintiffs' Motion to Dismiss Case, filed March 28, 2018, and Defendants' Notice of Non-Opposition, filed April 4, 2018.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Voluntarily without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) is granted.

Dated: 4/26/18      *S. James Otero*

                                          The Honorable S. James Otero
                                          United States District Judge
                                          Central District of California